Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−20433−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward M. Kraft
28 Ashford Drive
Brick, NJ 08723

Diane M. Kraft
28 Ashford Drive
Brick, NJ 08723

Social Security No.:
  xxx−xx−7978                                xxx−xx−5597

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:     10/25/18
Time:     02:30 PM
Location:  Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jonathan Goldsmith Cohen, Esq.
Attorney for Debtor

COMMISSION OR FEES
$3,600.58

EXPENSES
$163.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 25, 2018
JAN:

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 18-20433-KCF
Edward M. Kraft                                             Chapter 13
Diane M. Kraft
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 3              Date Rcvd: Sep 25, 2018
                              Form ID: 137               Total Noticed: 85


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2018.
db/jdb         +Edward M. Kraft,    Diane M. Kraft,    28 Ashford Drive,    Brick, NJ 08723-7811
517621160       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517547823      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
517547820      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517547826       Anthony J. Migliaccio, Esq.,    American Express,    500 N. Franklin Tpke,    PO BOX 278,
                 Ramsey, NJ 07446-0278
517547827      +Ar Resources Inc,    Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
517547828      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
517547829      +Arnold L. Stadtmauer, Esq.,    Celetano Stadtmauer & Walento,    1035 Route 46 East,
                 PO BOX 2594,    Clifton, NJ 07015-2594
517547830      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517547831      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517626286       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517547842      +Chase Card,    P.o. Box 15298,    Wilmington, DE 19850-5298
517547840      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517547846      +Citibank/Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
517547845      +Citibank/Best Buy,    Centralized Bk/Citicorp Credt Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
517547848      +Citibank/Goodyear,    Po Box 6497,    Sioux Falls, SD 57117-6497
517547847      +Citibank/Goodyear,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517547851      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
517547849      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
517547853      +Commonwealth Financial Systems,    245 Main St,    Dickson City, PA 18519-1641
517626576       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517547854      +Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
517547855      +Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
517547856      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
517578057      +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
517547857      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517547858      +Freedom Plus,    1875 South Grant Street,    San Mateo, CA 94402-2666
517547860      +Fst Premier,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
517547859       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
517547909      +Hilton Grand Vacations,    6355 Metrowest Blvd.,    Suite 180,    Orlando, FL 32835-6203
517547865       Motion Federal Credi,    Park & Brunswick Ave,    Linden, NJ 07036
517609744      +Motion Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517547878      +Navient,    Po Box 3229,    Wilmington, DE 19804-0229
517596575      +Navient Solutions, LLC on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
517547882      +Northland Group, Inc.,    PO BOX 390846,    Minneapolis, MN 55439-0846
517678092       Ocean Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,,
                 1035 Route 46 East, P.O. Box 2594,    Clifton, NJ 07015-2594
517547884       Paramount Recovery Systems, L.P,    7524 Bosque Blvd.,    Suite L,    Waco, TX 76712-3772
517547885       Phillips & Cohen Associates, Ltd.,    Mail Stop: 658,    1004 Justinson Street,
                 Wilmington, DE 19801-5148
517657538      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Buildings 6 & 8,
                 Charlotte, NC 28217-1932
517547910      +Roundpoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1934
517547888       Selip & Stylianou, LLP,    199 Crossways Park Drive,    PO BOX 363,    Woodbury, NY 11797-0363
517547903      +Trans Union Corporation,    Public Records Department,    555 West Adams St.,
                 Chicago, IL 60661-3631
517547905      +Visa Dept Store National Bank/Macy’s,    Po Box 8218,    Mason, OH 45040-8218
517547904      +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517547907      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
517547906      +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
517634289       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2018 23:47:16     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2018 23:47:13     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517547835       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2018 23:44:42     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517547832      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2018 23:44:11     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517547839      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2018 23:45:15     Capital One Na,
                 Po Box 26625,    Richmond, VA 23261-6625
```

```
District/off: 0312-3          User: admin              Page 2 of 3                Date Rcvd: Sep 25, 2018
                              Form ID: 137             Total Noticed: 85


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517547838      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2018 23:45:15      Capital One Na,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517547844      +Fax: 602-659-2196 Sep 26 2018 00:27:06      Chexsystems, Inc.,    Attn: Customer Relations,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
517547908      +E-mail/Text: collectionbankruptcies.bancorp@53.com Sep 25 2018 23:47:43      Fifth Third Bank,
                 Attn: Bankruptcy Department,    1830 E Paris Ave Se,    Grand Rapids, MI 49546-8803
517547861      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 25 2018 23:46:32      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517547863      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 25 2018 23:46:32      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517664251       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2018 23:44:51
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517664252       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2018 23:55:49
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517651276      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 25 2018 23:47:12      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517547874      +E-mail/PDF: pa_dc_claims@navient.com Sep 25 2018 23:44:48      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
517547870      +E-mail/PDF: pa_dc_claims@navient.com Sep 25 2018 23:45:22      Navient,    Attn: Claims Dept,
                 Po Box 9500,    Wilkes- Barr, PA 18773-9500
517547866      +E-mail/PDF: pa_dc_claims@navient.com Sep 25 2018 23:44:47      Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
517547883       E-mail/Text: OMCbankruptcy@hackensackmeridian.org Sep 25 2018 23:47:46      Ocean Medical Center,
                 c/o Meridian Health Pt Pymt,    PO Box 417140,    Boston, MA 02241-7140
517672588       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2018 23:44:45
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
517672092       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2018 00:06:17
                 Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,    Norfolk VA 23541
517679142       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2018 23:44:15
                 Portfolio Recovery Associates, LLC,    c/o Goodyear,    POB 41067,    Norfolk VA 23541
517672587       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2018 23:44:45
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
517679161       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2018 00:06:26
                 Portfolio Recovery Associates, LLC,    c/o Upromise,    POB 41067,    Norfolk VA 23541
517664635      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 25 2018 23:47:24      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517616511       E-mail/Text: bnc-quantum@quantum3group.com Sep 25 2018 23:47:07
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
517683089       E-mail/Text: ebn_bkrt_forms@salliemae.com Sep 25 2018 23:47:43      Sallie Mae,    P.O. Box 3319,
                 Wilmington, DE 19804-4319
517547886      +E-mail/Text: bankruptcy@savit.com Sep 25 2018 23:47:58      Savit Coll,    Po Box 250,
                 East Brunswick, NJ 08816-0250
517547887      +E-mail/Text: bankruptcy@savit.com Sep 25 2018 23:47:58      Savit Coll,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
517549325      +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 23:44:42      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517667439      +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 23:45:17      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517547889      +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 23:44:13      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517547891      +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 23:44:13      Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
517547894      +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 23:44:05      Synchrony Bank/Care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
517547893      +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 23:44:12      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517547895      +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 23:44:43      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517547897      +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 23:44:12      Synchrony Bank/Lowes,
                 Po Box 965005,    Orlando, FL 32896-5005
517547899      +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 23:44:37      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517547901      +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 23:44:43      Synchrony Bank/Walmart,
                 Po Box 965024,    Orlando, FL 32896-5024
517655899      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 25 2018 23:55:41      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 38

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

Case 18-20433-KCF    Doc 28    Filed 09/27/18    Entered 09/28/18 00:35:59    Desc Imaged
Certificate of Notice    Page 4 of 4

```
District/off: 0312-3            User: admin               Page 3 of 3            Date Rcvd: Sep 25, 2018
                                Form ID: 137              Total Noticed: 85

517547821*       +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517547822*       +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517547824*       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
517547825*       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
517547836*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Dr,   Richmond, VA 23238)
517547837*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Dr,   Richmond, VA 23238)
517547833*       +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
517547834*       +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
517547841*       +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517547843*       +Chase Card,    P.o. Box 15298,    Wilmington, DE 19850-5298
517547852*       +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
517547850*       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                   St Louis, MO 63179-0040
517547862*       +Kohls/Capital One,    Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517547864*       +Kohls/Capital One,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517547875*       +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
517547876*       +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
517547877*       +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
517547879*       +Navient,    Po Box 3229,    Wilmington, DE 19804-0229
517547880*       +Navient,    Po Box 3229,    Wilmington, DE 19804-0229
517547881*       +Navient,    Po Box 3229,    Wilmington, DE 19804-0229
517547871*       +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes- Barr, PA 18773-9500
517547872*       +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes- Barr, PA 18773-9500
517547873*       +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes- Barr, PA 18773-9500
517547867*       +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
517547868*       +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
517547869*       +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
517547890*       +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517547892*       +Synchrony Bank/ JC Penneys,    Po Box 965007,    Orlando, FL 32896-5007
517547896*       +Synchrony Bank/Lowes,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517547898*       +Synchrony Bank/Lowes,    Po Box 965005,    Orlando, FL 32896-5005
517547900*       +Synchrony Bank/Walmart,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517547902*       +Synchrony Bank/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
                                                                                        TOTALS: 0, * 32, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Jonathan   Goldsmith Cohen    on behalf of Debtor Edward M. Kraft
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              Jonathan   Goldsmith Cohen    on behalf of Joint Debtor Diane M. Kraft
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```