UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. MARK COHEN LAW GROUP
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive Suite 6
Tinton Falls, NJ 07701
T: 732-741-9500
F: 732-741-0226
E: JGC@imclawgroup.com

In Re:

Edward M. Kraft and Diane M. Kraft

Order Filed on October 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-20433

Chapter: 13

Judge: KCF

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 26, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jonathan G. Cohen_____, the applicant, is allowed a fee of $ _____3,600.58_____ for services rendered and expenses in the amount of $\_\_\_\_\_163.00\_\_\_\_\_ for a total of $_____3,763.58_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_800.00\_\_\_\_ per month for \_\_\_\_55\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*

2