| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Edward M. Kraft <br> First Name   Middle Name   Last Name | Social Security number or ITIN: <br> EIN: | xxx–xx–7978 <br> _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | Diane M. Kraft <br> First Name   Middle Name   Last Name | Social Security number or ITIN: <br> EIN: | xxx–xx–5597 <br> _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    5/23/18 |
| Case number: | 18–20433–KCF | Date case converted to chapter: | 7    7/23/20 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Edward M. Kraft | Diane M. Kraft |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 28 Ashford Drive <br> Brick, NJ 08723 | 28 Ashford Drive <br> Brick, NJ 08723 |
| 4. | **Debtor's attorney** <br> Name and address | Jonathan Goldsmith Cohen <br> I. Mark Cohen Law Group <br> 1 Executive Drive Suite 6 <br> Tinton Falls, NJ 07701 | Contact phone (732) 741–9500 <br><br> Email:  jgc@imclawgroup.com |
| 5. | **Bankruptcy trustee** <br> Name and address | John Michael McDonnell <br> John Michael McDonnell, Ch. 7 Trustee <br> 115 Maple Avenue <br> Red Bank, NJ 07701 | Contact phone 732–383–7233 |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street Trenton, NJ 08608 Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) Contact phone 609–858–9333 Date: 7/24/20 |
|---|---|---|---|
| 7. | **Meeting of creditors** **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **August 19, 2020 at 12:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 10/19/20** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                                  Case No. 18-20433-KCF
Edward M. Kraft                                                         Chapter 7
Diane M. Kraft
         Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0312-3             User: admin                  Page 1 of 4                   Date Rcvd: Jul 24, 2020
                                 Form ID: 309A                Total Noticed: 90

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
db/jdb         +Edward M. Kraft,    Diane M. Kraft,    28 Ashford Drive,    Brick, NJ 08723-7811
517547826       Anthony J. Migliaccio, Esq.,    American Express,    500 N. Franklin Tpke,    PO BOX 278,
                 Ramsey, NJ 07446-0278
517547827      +Ar Resources Inc,    Bankruptcy,   Po Box 1056,    Blue Bell, PA 19422-0287
517547828      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
517547829      +Arnold L. Stadtmauer, Esq.,    Celetano Stadtmauer & Walento,    1035 Route 46 East,
                 PO BOX 2594,    Clifton, NJ 07015-2594
517547845      +Citibank/Best Buy,    Centralized Bk/Citicorp Credt Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
517547846      +Citibank/Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
517547853      +Commonwealth Financial Systems,    245 Main St,    Dickson City, PA 18519-1641
517547854      +Equifax,   PO Box 740241,    Atlanta, GA 30374-0241
517547855      +Experian,   Profile Maintenance,    PO Box 9558,   Allen, TX 75013-9558
517547856      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
517578057      +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
517547859       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
517547909      +Hilton Grand Vacations,    6355 Metrowest Blvd.,    Suite 180,   Orlando, FL 32835-7606
518744533       KHEAA,   P.O. BOX 798,    FRANKFORT KY 40602-0798
518744534       KHEAA,   P.O. BOX 798,    FRANKFORT KY 40602-0798,    KHEAA,   P.O. BOX 798,
                 FRANKFORT KY 40602-0798
518699700      +Kentucky Higher Education,    Student Loan Corporation,    PO Box 24328,
                 Louisville KY 40224-0328
517547865       Motion Federal Credi,    Park & Brunswick Ave,    Linden, NJ 07036
517609744      +Motion Federal Credit Union,     c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517547878      +Navient,   Po Box 3229,    Wilmington, DE 19804-0229
517596575      +Navient Solutions, LLC on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
517547882      +Northland Group, Inc.,    PO BOX 390846,    Minneapolis, MN 55439-0846
517678092       Ocean Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,,
                 1035 Route 46 East, P.O. Box 2594,    Clifton, NJ 07015-2594
517547884       Paramount Recovery Systems, L.P.,    7524 Bosque Blvd.,    Suite L,    Waco, TX 76712-3772
517547885       Phillips & Cohen Associates, Ltd.,    Mail Stop: 658,    1004 Justinson Street,
                 Wilmington, DE 19801-5148
517657538      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Buildings 6 & 8,
                 Charlotte, NC 28217-1932
517547910     #+Roundpoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517547888       Selip & Stylianou, LLP,    199 Crossways Park Drive,    PO BOX 363,    Woodbury, NY 11797-0363
517547903      +Trans Union Corporation,    Public Records Department,    555 West Adams St.,
                 Chicago, IL 60661-3631
517547905      +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
517547904      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jgc@imclawgroup.com Jul 25 2020 00:55:54      Jonathan Goldsmith Cohen,
                 I. Mark Cohen Law Group,   1 Executive Drive Suite 6,    Tinton Falls, NJ   07701
tr             +EDI: BJMMCDONNELLIII.COM Jul 25 2020 04:03:00      John Michael McDonnell,
                 John Michael McDonnell, Ch. 7 Trustee,    115 Maple Avenue,    Red Bank, NJ 07701-1752
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2020 00:57:34      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2020 00:57:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517621160       EDI: BECKLEE.COM Jul 25 2020 04:03:00      American Express National Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
517547820      +EDI: AMEREXPR.COM Jul 25 2020 04:03:00      Amex,   Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
517547823      +EDI: AMEREXPR.COM Jul 25 2020 04:03:00      Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
517547830      +EDI: TSYS2.COM Jul 25 2020 04:03:00      Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
517547831      +EDI: TSYS2.COM Jul 25 2020 04:03:00      Barclays Bank Delaware,    Po Box 8803,
                 Wilmington, DE 19899-8803
517547835       EDI: CAPITALONE.COM Jul 25 2020 04:03:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517547832      +EDI: CAPITALONE.COM Jul 25 2020 04:03:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517547839      +EDI: CAPITALONE.COM Jul 25 2020 04:03:00      Capital One Na,    Po Box 26625,
                 Richmond, VA 23261-6625
517547838      +EDI: CAPITALONE.COM Jul 25 2020 04:03:00      Capital One Na,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517626286       EDI: BL-BECKET.COM Jul 25 2020 04:03:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517547844      +E-mail/Text: bankruptcy.notifications@fisglobal.com Jul 25 2020 00:58:04      Chexsystems, Inc.,
                 Attn: Customer Relations,    7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
```

```
District/off: 0312-3           User: admin                 Page 2 of 4                  Date Rcvd: Jul 24, 2020
                               Form ID: 309A               Total Noticed: 90

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517547847      +EDI: CITICORP.COM Jul 25 2020 04:03:00      Citibank/Goodyear,
                 Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
517547848      +EDI: CITICORP.COM Jul 25 2020 04:03:00      Citibank/Goodyear,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
517547851      +EDI: CITICORP.COM Jul 25 2020 04:03:00      Citibank/The Home Depot,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
517547849      +EDI: CITICORP.COM Jul 25 2020 04:03:00      Citibank/The Home Depot,
                 Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    St Louis, MO 63179-0040
517626576       EDI: Q3G.COM Jul 25 2020 04:03:00      Department Stores National Bank,     c/o Quantum3 Group LLC,
                 PO Box 657,    Kirkland, WA 98083-0657
517547858       E-mail/Text: bk@freedomfinancialnetwork.com Jul 25 2020 00:56:06      Freedom Plus,
                 1875 South Grant Street,    San Mateo, CA 94402
517547908      +E-mail/Text: collectionbankruptcies.bancorp@53.com Jul 25 2020 00:58:17      Fifth Third Bank,
                 Attn: Bankruptcy Department,    1830 E Paris Ave Se,    Grand Rapids, MI 49546-8803
517547857      +EDI: AMINFOFP.COM Jul 25 2020 04:03:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
517547860      +EDI: AMINFOFP.COM Jul 25 2020 04:03:00      Fst Premier,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4824
517547840       EDI: JPMORGANCHASE Jul 25 2020 04:03:00      Chase Card,    Attn: Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850
517547842       EDI: JPMORGANCHASE Jul 25 2020 04:03:00      Chase Card,    P.o. Box 15298,
                 Wilmington, DE 19850
517547861      +E-mail/Text: bncnotices@becket-lee.com Jul 25 2020 00:56:48      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517547863      +E-mail/Text: bncnotices@becket-lee.com Jul 25 2020 00:56:48      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517664251       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2020 01:07:03
                 LVNV Funding, LLC its successors and assigns as,     assignee of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517664252       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2020 01:07:04
                 LVNV Funding, LLC its successors and assigns as,     assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517651276      +EDI: MID8.COM Jul 25 2020 04:03:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517547874      +EDI: NAVIENTFKASMSERV.COM Jul 25 2020 04:03:00      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
517547870      +EDI: NAVIENTFKASMSERV.COM Jul 25 2020 04:03:00      Navient,    Attn: Claims Dept,    Po Box 9500,
                 Wilkes- Barr, PA 18773-9500
517547866      +EDI: NAVIENTFKASMSERV.COM Jul 25 2020 04:03:00      Navient,    Attn: Bankruptcy,    Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
517547883       E-mail/Text: OMCbankruptcy@hackensackmeridian.org Jul 25 2020 00:58:21      Ocean Medical Center,
                 c/o Meridian Health Pt Pymt,    PO Box 417140,    Boston, MA 02241-7140
517672588       EDI: PRA.COM Jul 25 2020 04:03:00      Portfolio Recovery Associates, LLC,
                 c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
517672092       EDI: PRA.COM Jul 25 2020 04:03:00      Portfolio Recovery Associates, LLC,    c/o Care Credit,
                 POB 41067,    Norfolk VA 23541
517679142       EDI: PRA.COM Jul 25 2020 04:03:00      Portfolio Recovery Associates, LLC,    c/o Goodyear,
                 POB 41067,    Norfolk VA 23541
517672587       EDI: PRA.COM Jul 25 2020 04:03:00      Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
517679161       EDI: PRA.COM Jul 25 2020 04:03:00      Portfolio Recovery Associates, LLC,    c/o Upromise,
                 POB 41067,    Norfolk VA 23541
517664635      +EDI: JEFFERSONCAP.COM Jul 25 2020 04:03:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517616511       EDI: Q3G.COM Jul 25 2020 04:03:00      Quantum3 Group LLC as agent for,     CF Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517683089       EDI: SALLIEMAEBANK.COM Jul 25 2020 04:03:00      Sallie Mae,    P.O. Box 3319,
                 Wilmington, DE 19804-4319
517547886      +E-mail/Text: bankruptcy@savit.com Jul 25 2020 00:58:34      Savit Coll,    Po Box 250,
                 East Brunswick, NJ 08816-0250
517547887      +E-mail/Text: bankruptcy@savit.com Jul 25 2020 00:58:34      Savit Coll,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
517549325      +EDI: RMSC.COM Jul 25 2020 04:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517667439      +EDI: RMSC.COM Jul 25 2020 04:03:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
517547889      +EDI: RMSC.COM Jul 25 2020 04:03:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517547891      +EDI: RMSC.COM Jul 25 2020 04:03:00      Synchrony Bank/ JC Penneys,    Po Box 965007,
                 Orlando, FL 32896-5007
517547894      +EDI: RMSC.COM Jul 25 2020 04:03:00      Synchrony Bank/Care Credit,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
517547893      +EDI: RMSC.COM Jul 25 2020 04:03:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517547895      +EDI: RMSC.COM Jul 25 2020 04:03:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517547897      +EDI: RMSC.COM Jul 25 2020 04:03:00      Synchrony Bank/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0312-3           User: admin              Page 3 of 4           Date Rcvd: Jul 24, 2020
                               Form ID: 309A            Total Noticed: 90


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517547899         +EDI: RMSC.COM Jul 25 2020 04:03:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                   Po Box 965060,    Orlando, FL 32896-5060
517547901         +EDI: RMSC.COM Jul 25 2020 04:03:00      Synchrony Bank/Walmart,    Po Box 965024,
                   Orlando, FL 32896-5024
517655899         +EDI: AIS.COM Jul 25 2020 04:03:00       Verizon,    by American InfoSource LP as agent,
                   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517547907         +EDI: WFFC.COM Jul 25 2020 04:03:00      Wells Fargo Bank,    Po Box 14517,
                   Des Moines, IA 50306-3517
517547906         +EDI: WFFC.COM Jul 25 2020 04:03:00      Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,
                   Des Moines, IA 50306-0438
517634289          EDI: WFFC.COM Jul 25 2020 04:03:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                   PO Box 10438, MAC F8235-02F,     Des Moines, IA 50306-0438
                                                                                               TOTAL: 59

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517547822*       +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517547821*       +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517547824*       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
517547825*       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
517547836*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517547837*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517547833*       +Capital One,    Attn: General Correspondence/Bankruptcy,     Po Box 30285,
                   Salt Lake City, UT 84130-0285
517547834*       +Capital One,    Attn: General Correspondence/Bankruptcy,     Po Box 30285,
                   Salt Lake City, UT 84130-0285
517547852*       +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
517547850*       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,
                   St Louis, MO 63179-0040
517547841*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court: Chase Card,     Attn: Correspondence Dept,    Po Box 15298,
                   Wilmington, DE 19850)
517547843*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court: Chase Card,     P.o. Box 15298,    Wilmington, DE 19850)
517547862*       +Kohls/Capital One,    Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517547864*       +Kohls/Capital One,    N56 W 17000 Ridgewood Dr,     Menomonee Falls, WI 53051-5660
517547875*       +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
517547876*       +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
517547877*       +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
517547879*       +Navient,   Po Box 3229,    Wilmington, DE 19804-0229
517547880*       +Navient,   Po Box 3229,    Wilmington, DE 19804-0229
517547881*       +Navient,   Po Box 3229,    Wilmington, DE 19804-0229
517547871*       +Navient,   Attn: Claims Dept,    Po Box 9500,    Wilkes- Barr, PA 18773-9500
517547872*       +Navient,   Attn: Claims Dept,    Po Box 9500,    Wilkes- Barr, PA 18773-9500
517547873*       +Navient,   Attn: Claims Dept,    Po Box 9500,    Wilkes- Barr, PA 18773-9500
517547867*       +Navient,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
517547868*       +Navient,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
517547869*       +Navient,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
517547890*       +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517547892*       +Synchrony Bank/ JC Penneys,    Po Box 965007,    Orlando, FL 32896-5007
517547896*       +Synchrony Bank/Lowes,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517547898*       +Synchrony Bank/Lowes,    Po Box 965005,    Orlando, FL 32896-5005
517547900*       +Synchrony Bank/Walmart,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517547902*       +Synchrony Bank/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
                                                                                      TOTALS: 0, * 32, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 4 of 4           Date Rcvd: Jul 24, 2020
                              Form ID: 309A            Total Noticed: 90
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2020 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0
```