Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18–20433–KCF
                Chapter: 7
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edward M. Kraft | Diane M. Kraft |
| 28 Ashford Drive | 28 Ashford Drive |
| Brick, NJ 08723 | Brick, NJ 08723 |

Social Security No.:
  xxx–xx–7978                                     xxx–xx–5597

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 23, 2020</u>                 <u>Kathryn C. Ferguson</u>
                                                        Judge, United States Bankruptcy Court