**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edward M. Kraft | Social Security number or ITIN  xxx–xx–7978 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Diane M. Kraft | Social Security number or ITIN  xxx–xx–5597 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:  18–20433–KCF

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward M. Kraft                                          Diane M. Kraft

10/23/20                                           **By the court:**   Kathryn C. Ferguson
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:  
Edward M. Kraft  
Diane M. Kraft  
    Debtor(s)

Case No. 18-20433-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Oct 23, 2020      Form ID: 318      Total Noticed: 87

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward M. Kraft, Diane M. Kraft, 28 Ashford Drive, Brick, NJ 08723-7811 |
| 517547826 | | Anthony J. Migliaccio, Esq., American Express, 500 N. Franklin Tpke, PO BOX 278, Ramsey, NJ 07446-0278 |
| 517547827 | + | Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 517547828 | + | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206 |
| 517547829 | + | Arnold L. Stadtmauer, Esq., Celetano Stadtmauer & Walento, 1035 Route 46 East, PO BOX 2594, Clifton, NJ 07015-2594 |
| 517547853 | + | Commonwealth Financial Systems, 245 Main St, Dickson City, PA 18519-1641 |
| 517547904 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517547854 | + | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 517547855 | + | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 517547856 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 517578057 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 517547859 | | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 517547909 | + | Hilton Grand Vacations, 6355 Metrowest Blvd., Suite 180, Orlando, FL 32835-7606 |
| 518744533 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518744534 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 518699700 | + | Kentucky Higher Education, Student Loan Corporation, PO Box 24328, Louisville KY 40224-0328 |
| 517547865 | | Motion Federal Credi, Park & Brunswick Ave, Linden, NJ 07036 |
| 517609744 | + | Motion Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 517547878 | + | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 517596575 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 517547882 | + | Northland Group, Inc., PO BOX 390846, Minneapolis, MN 55439-0846 |
| 517678092 | | Ocean Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 517547884 | | Paramount Recovery Systems, L.P, 7524 Bosque Blvd., Suite L, Waco, TX 76712-3772 |
| 517547885 | | Phillips & Cohen Associates, Ltd., Mail Stop: 658, 1004 Justinson Street, Wilmington, DE 19801-5148 |
| 517657538 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Buildings 6 & 8, Charlotte, NC 28217-1932 |
| 517547888 | | Selip & Stylianou, LLP, 199 Crossways Park Drive, PO BOX 363, Woodbury, NY 11797-0363 |
| 517547903 | + | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661-3631 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 23 2020 22:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 23 2020 22:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517621160 | | EDI: BECKLEE.COM | Oct 24 2020 01:23:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| District/off: 0312-3 | User: admin | | Page 2 of 5 |
|---|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: 318 | | Total Noticed: 87 |

| ID | | Method | Date | Recipient |
|---|---|---|---|---|
| 517547823 | + | EDI: AMEREXPR.COM | Oct 24 2020 01:23:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517547820 | + | EDI: AMEREXPR.COM | Oct 24 2020 01:23:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517547831 | + | EDI: TSYS2.COM | Oct 24 2020 01:23:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517547830 | + | EDI: TSYS2.COM | Oct 24 2020 01:23:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517547835 | | EDI: CAPITALONE.COM | Oct 24 2020 01:23:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517547832 | + | EDI: CAPITALONE.COM | Oct 24 2020 01:23:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517547838 | + | EDI: CAPITALONE.COM | Oct 24 2020 01:23:00 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517547839 | + | EDI: CAPITALONE.COM | Oct 24 2020 01:23:00 | Capital One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 517626286 | | EDI: BL-BECKET.COM | Oct 24 2020 01:23:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517547844 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 23 2020 22:42:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 517547846 | + | EDI: CITICORP.COM | Oct 24 2020 01:23:00 | Citibank/Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 517547845 | + | EDI: CITICORP.COM | Oct 24 2020 01:23:00 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 517547847 | + | EDI: CITICORP.COM | Oct 24 2020 01:23:00 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517547848 | + | EDI: CITICORP.COM | Oct 24 2020 01:23:00 | Citibank/Goodyear, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517547851 | + | EDI: CITICORP.COM | Oct 24 2020 01:23:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517547849 | + | EDI: CITICORP.COM | Oct 24 2020 01:23:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517547905 | | EDI: CITICORP.COM | Oct 24 2020 01:23:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 517626576 | | EDI: Q3G.COM | Oct 24 2020 01:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517547858 | | Email/Text: bk@freedomfinancialnetwork.com | Oct 23 2020 22:37:00 | Freedom Plus, 1875 South Grant Street, San Mateo, CA 94402 |
| 517547908 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 23 2020 22:43:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 517547857 | + | EDI: AMINFOFP.COM | Oct 24 2020 01:23:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517547860 | + | EDI: AMINFOFP.COM | Oct 24 2020 01:23:00 | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 517547840 | | EDI: JPMORGANCHASE | Oct 24 2020 01:23:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |

Case 18-20433-KCF    Doc 54    Filed 10/25/20    Entered 10/26/20 00:54:22    Desc Imaged
                        Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: 318 | Total Noticed: 87 |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| 517547842 | EDI: JPMORGANCHASE | Oct 24 2020 01:23:00 | Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 517547863 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 23 2020 22:38:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517547861 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 23 2020 22:38:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517664251 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2020 22:23:32 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517664252 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2020 22:23:32 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517651276 | + EDI: MID8.COM | Oct 24 2020 01:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517547866 | + EDI: NAVIENTFKASMSERV.COM | Oct 24 2020 01:23:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517547870 | + EDI: NAVIENTFKASMSERV.COM | Oct 24 2020 01:23:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517547874 | + EDI: NAVIENTFKASMSERV.COM | Oct 24 2020 01:23:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517547883 | Email/Text: OMCbankruptcy@hackensackmeridian.org | Oct 23 2020 22:43:00 | Ocean Medical Center, c/o Meridian Health Pt Pymt, PO Box 417140, Boston, MA 02241-7140 |
| 517672588 | EDI: PRA.COM | Oct 24 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517672092 | EDI: PRA.COM | Oct 24 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517679142 | EDI: PRA.COM | Oct 24 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 517672587 | EDI: PRA.COM | Oct 24 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517679161 | EDI: PRA.COM | Oct 24 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o Upromise, POB 41067, Norfolk VA 23541 |
| 517664635 | + EDI: JEFFERSONCAP.COM | Oct 24 2020 01:23:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517616511 | EDI: Q3G.COM | Oct 24 2020 01:23:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517683089 | EDI: SALLIEMAEBANK.COM | Oct 24 2020 01:23:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 517547886 | + Email/Text: bankruptcy@savit.com | Oct 23 2020 22:44:00 | Savit Coll, Po Box 250, East Brunswick, NJ 08816-0250 |
| 517547887 | + Email/Text: bankruptcy@savit.com | Oct 23 2020 22:44:00 | Savit Coll, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 517667439 | + EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517549325 | + EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517547889 | + EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, |

Case 18-20433-KCF   Doc 54   Filed 10/25/20   Entered 10/26/20 00:54:22   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: 318 | Total Noticed: 87 |

| Recip ID | Bypass | EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Po Box 965060, Orlando, FL 32896-5060 |
| 517547891 | + | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517547893 | + | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517547894 | + | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 517547895 | + | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517547897 | + | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 517547899 | + | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517547901 | + | EDI: RMSC.COM | Oct 24 2020 01:23:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517655899 | + | EDI: AIS.COM | Oct 24 2020 01:23:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517547907 | + | EDI: WFFC.COM | Oct 24 2020 01:23:00 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 517547906 | + | EDI: WFFC.COM | Oct 24 2020 01:23:00 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517634289 | | EDI: WFFC.COM | Oct 24 2020 01:23:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 60

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517547824 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517547825 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517547821 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517547822 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517547836 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517547837 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517547833 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517547834 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517547852 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517547850 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 517547841 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517547843 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |
| 517547864 | *+ | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517547862 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517547867 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517547868 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517547869 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 517547879 | *+ | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 517547880 | *+ | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 517547881 | *+ | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 517547871 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes- Barr, PA 18773-9500 |
| 517547872 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes- Barr, PA 18773-9500 |

| | | |
|---|---|---|
| 517547873 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes- Barr, PA 18773-9500 |
| 517547875 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517547876 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517547877 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517547890 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517547892 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517547896 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517547898 | *+ | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 517547900 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517547902 | *+ | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 517547910 | ##+ | Roundpoint Mortgage, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| jdb | *+ | Diane M. Kraft, 28 Ashford Drive, Brick, NJ 08723-7811 |

TOTAL: 0 Undeliverable, 33 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Edward M. Kraft imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Joint Debtor Diane M. Kraft imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor RoundPoint Mortgage Servicing Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7